**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KEITH HAMAKER**                                               **PLAINTIFF**

**v.**                        **CASE NO. 3:25-CV-00202-BSM**

**SHARP COUNTY, ARKANSAS**                          **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE